# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,     :     Case No. 3:11-cr-159 (2)

                               District Judge Walter Herbert Rice
   -vs-                        Magistrate Judge Michael R. Merz

                              :

DARREN CHINN,

        Defendant.

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 33), to whom this case was referred pursuant to 28 U.S.C. § 636(b) and Fed. R. Crim. P. 59, and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 59(b)(2) has expired, hereby ADOPTS said Report and Recommendations.

       It is therefore ORDERED that the Plea Agreement herein (Doc. No. 35) and Defendant's plea of guilty pursuant to that agreement be, and they hereby are, accepted.

February 18, 2012.                                          /s/ Walter Herbert Rice

                                                                  Walter Herbert Rice
                                                                  United States District Judge